UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                                                          Chapter 11

ALEXANDRE CATTEAU,                                                     Case No.: 20-43261-ess

        Debtor.

**AMENDED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the firm of Cilenti and Cooper, PLLC, appears in this matter on behalf of creditors Miguel Angel Suarez, Miguel Cielo Ramos, Gerardo Ixehuatl Hernandez, Gustavo Jacobo Peralta, Juan Manuel Cuervo Reyes, Carlos Rangel Camacho, Marcelino Barrales Ramos, Nestor Hernandez Sanchez, Leo Dan Andrade Huerta, Jose Gaguancela Aucacama, Fidencio Juarez Tecuapacho, and Efren Romero. Pursuant to Bankruptcy Rule 2002, kindly direct all notices, pleadings, and correspondence to the undersigned.

Dated: September 22, 2020
       New York, New York

Respectfully submitted,

By: /s/ Peter Hans Cooper
     Peter H. Cooper  (PHC 4714)
CILENTI & COOPER, PLLC
10 Grand Central
155 East 44th Street – 6th Floor
New York, New York 10017
Telephone  (212) 209-3933
Facsimile (212) 209-7102
E-mail: pcooper@jcpclaw.com

*Attorneys for Miguel Angel Suarez, Miguel Cielo Ramos, Gerardo Ixehuatl Hernandez, Gustavo Jacobo Peralta, Juan Manuel Cuervo Reyes, Carlos Rangel Camacho, Marcelino Barrales Ramos, Nestor Hernandez Sanchez, Leo Dan Andrade Huerta, Jose Gaguancela Aucacama, Fidencio Juarez Tecuapacho, and Efren Romero*