UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                                                                            Chapter 11

ALEXANDRE CATTEAU,                                              Case No.: 20-43260-ess

　　　　　　Debtor.

## AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the firm of Cilenti and Cooper, PLLC, appears in this matter on behalf of creditors Miguel Angel Suarez, Miguel Cielo Ramos, Gerardo Ixehuatl Hernandez, Gustavo Jacobo Peralta, Juan Manuel Cuervo Reyes, Carlos Rangel Camacho, Marcelino Barrales Ramos, Nestor Hernandez Sanchez, Leo Dan Andrade Huerta, Jose Gaguancela Aucacama, Fidencio Juarez Tecuapacho, and Efren Romero. Pursuant to Bankruptcy Rule 2002, kindly direct all notices, pleadings, and correspondence to the undersigned.

Dated: September 23, 2020
　　　　New York, New York

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Peter Hans Cooper
　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　Peter H. Cooper  (PHC 4714)
　　　　　　　　　　　　　　　CILENTI & COOPER, PLLC
　　　　　　　　　　　　　　　10 Grand Central
　　　　　　　　　　　　　　　155 East 44th Street – 6th Floor
　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　Telephone  (212) 209-3933
　　　　　　　　　　　　　　　Facsimile (212) 209-7102
　　　　　　　　　　　　　　　E-mail: pcooper@jcpclaw.com

　　　　　　　　　　　　　　　*Attorneys for Miguel Angel Suarez,*
　　　　　　　　　　　　　　　*Miguel Cielo Ramos, Gerardo Ixehuatl*
　　　　　　　　　　　　　　　*Hernandez, Gustavo Jacobo Peralta, Juan*
　　　　　　　　　　　　　　　*Manuel Cuervo Reyes, Carlos Rangel*
　　　　　　　　　　　　　　　*Camacho, Marcelino Barrales Ramos,*
　　　　　　　　　　　　　　　*Nestor Hernandez Sanchez, Leo Dan*
　　　　　　　　　　　　　　　*Andrade Huerta, Jose Gaguancela*
　　　　　　　　　　　　　　　*Aucacama, Fidencio Juarez Tecuapacho,*
　　　　　　　　　　　　　　　*and Efren Romero*